# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:14-CR-00353-DCN |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DONALD NUGENT** |
| vs. | ) | |
| | ) | |
| **WILLIAM JACKSON** | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL** |
| **Defendant.** | ) | |
| | ) | |

Now comes Nancy T. Jamieson and hereby motions this honorable court to allow for her withdrawal of representation of the Defendant, William Jackson, in this matter. Irreconcilable differences have arisen between Counsel and Defendant and the undersigned does not feel that her further representation of Defendant is in her or Defendant's best interests. Accordingly, counsel requests that her name be removed from the docket as attorney of record for Defendant relative to this matter and that Defendant be assigned counsel in this matter, as he is indigent due to his current incarceration.

                                            Respectfully Submitted,

                                            _//Nancy T. Jamieson_____
                                            **NANCY T. JAMIESON (#0083880)**
                                            11510 Buckeye Road
                                            Cleveland, Ohio 44104
                                            (216) 721-7700 (Telephone)
                                            (216) 721-5261 (Facsimile)
                                            Attorney for Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Withdraw as Counsel has been filed electronically on October 22, 2018.  Notice of this filing will be served served on all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    _//Nancy T. Jamieson_____
**NANCY T. JAMIESON (#0083880)**
Attorney for Defendant