## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | **CASE NO.: 1:14 CR 353-3** |
| Plaintiff, | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| William S. Jackson, Jr., | ) | <u>Notice of Hearing</u> |
| Defendant. | ) | **(Summons)** |

**TAKE NOTICE** that the above-named defendant is hereby SUMMONED to appear for a SUPERVISED RELEASE VIOLATION HEARING at 10:00 a.m. on Wednesday, October 9, 2019, in **Courtroom 15A**, Carl B. Stokes U.S. Courthouse, 801 W. Superior Avenue, Cleveland, Ohio, before the Honorable Donald C. Nugent.


<u>SANDY OPACICH</u>
Clerk of Court

By:      *s/Steven L. Marshall*  9/17/2019
Steven L. Marshall, Deputy Clerk
(216) 357-7160