IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14CR353 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE DONAD C. NUGENT |
| v. | ) ) ) | |
| WILLIAM S. JACKSON, | ) | MOTION TO CONTINUE |
| Defendant. | ) ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Brad J. Beeson, Assistant United States Attorney hereby moves this Honorable Court for an order to continue the Supervised Release Violation Hearing scheduled for October 9, 2019 at 10:00 a.m.

Counsel for the Government is unavailable the week of October 7, 2019 attending mandatory training. In order to attend this mandatory training, the Government respectfully requests this Honorable Court for a continuance. This motion is not made for the purpose of delay, but in the interests of justice.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Brad J. Beeson
AUSA (IL 6236690)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3850
(216) 522-2403 (facsimile)
brad.beeson@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 24th day of September 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                /s/ Brad J. Beeson
                Brad J. Beeson
                Assistant U.S. Attorney