UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STATE OF OHIO | ) CASE NO.:1:14CR00353-003 |
| Plaintiff | ) JUDGE:NUGENT |
| vs. | |
| WILLIAM S. JACKSON | ) **NOTICE OF APPEARANCE OF** |
| Defendant | ) **COUNSEL** |

Now comes the Defendant, WILLIAM S. JACKSON, by and through counsel, DENISE M. DEMMITT, of DEMMITT & COMPANY, LLC, whom herein respectfully provides this Honorable Court with notice of her Appearance as Counsel in the above-captioned matter.

Respectfully submitted,

*/s/ DeniseM.Demmitt*
Denise M. Demmitt, Esq. #0072703
Attorney for WILLIAM S. JACKSON
DEMMITT & COMPANY, LLC
1836 W. 25th St. Suite 2A
Cleveland, Ohio 44113
216-417-6847 (Phone)
440-815-2454 (E-Fax)
denise@demmittlaw.com

**CERTIFICATE OF SERVICE**
**A TRUE COPY OF THE FOREGOING WAS SERVED THIS __10TH____ DAY OF OCTOBER_, 2019 UPON ALL PARTIES**

*/s/ DeniseM.Demmitt*
DENISE M DEMMITT, ESQ. #0072703
216-417-6847 (Phone)